Martin E. Rosen, Esq. (108998)
mrosen@bargerwolen.com
Robert E. Hess, Esq. (178042),
rhess@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendant
Jefferson National Life Insurance Company

Michael B. Horrow (162917)
Email: mhorrow@donahuehorrow.com
DONAHUE & HORROW
222 N Sepulveda Blvd Fl 20TH
El Segundo, CA 90245
Telephone (310) 335-2006
Facsimile (310) 335-2001

Attorneys for Plaintiff,
Carolyn I. Dimig

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CAROLYN I. DIMIG, as administrator of the Estate of Mark A. Dimig,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON NATIONAL LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:08-cv-02439-MCE-EFB<br><br>Action Filed : September 12, 2008<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP Rule 41(a)(1)]** |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

IT IS HEREBY STIPULATED by and between Plaintiff Carolyn I. Dimig and Defendant Jefferson National Life Insurance Company, by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his or its own costs, including attorneys' fees.

Dated: August 13, 2009          BARGER & WOLEN LLP


By: /s/ Robert H. Hess
MARTIN E. ROSEN
ROBERT E. HESS
Attorneys for Defendant Jefferson
National Life Insurance Company


Dated: August 13, 2009          DONAHUE & HORROW


By: /s/ Michael B. Horrow
MICHAEL B. HORROW
Attorneys for Plaintiff,
Carolyn I. Dimig

PDF created with pdfFactory trial version www.pdffactory.com

### ORDER

Based on the stipulation of the parties set forth above, the above-referenced case is dismissed with prejudice in its entirety, with each party to bear its own costs of suit and attorney's fees.

**IT IS SO ORDERED.**

**DATED:** August 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com